IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CT-3214-D

| | |
|---|---|
| MARK EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILSON COUNTY DETENTION ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

On July 19, 2019, Mark Edwards ("Edwards" or "plaintiff"), proceeding pro se, filed this action under 42 U.S.C. § 1983 [D.E. 1]. On September 13, 2019, Edwards was released from custody. See N.C. State Bureau of Investigation, Sex Offender Registry, http://sexoffender.ncsbi.gov/details.aspx?SRN=033641S7 (last visited Jan. 14, 2020). Edwards has not provided the court with his new address.

The court DISMISSES the action without prejudice for Edwards's failure to advise the court of his new address and for failure to prosecute. The clerk shall close the case.

SO ORDERED. This 15 day of January 2020.

JAMES C. DEVER III
United States District Judge