UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARK EDWARDS, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>WILSON COIUNTY DETENTION CENTER, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:19-CT-3214-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES the action without prejudice for Edwards's failure to advise the court of his new address and for failure to prosecute.

**This Judgment Filed and Entered on January 15, 2020, and Copies To:**

Mark Edwards  (Sent to Wilson County Detention Center via US Mail)

DATE:  PETER A. MOORE, JR., CLERK
January 15, 2020  (By) /s/ Nicole Sellers
  Deputy Clerk